THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Samuel W.
 Harmon, Appellant.
 
 
 

Appeal From Lexington County
Ralph F. Cothran, Circuit Court Judge

Unpublished Opinion No. 2011-UP-080
 Submitted February 1, 2011  Filed
February 24, 2011    

AFFIRMED

 
 
 
 Chief Appellate Defender Robert M. Dudek,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J.
 Zelenka, Assistant Attorney General Alphonso Simon, Jr., all of Columbia, and
 Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Samuel H. Harmon was convicted of
 murder, assault and battery with intent to kill, assault with intent to kill,
 and possession of a firearm during the commission of violent crime.  Harmon
 appeals, alleging the trial court erred in (1) forcing Harmon to concede to the
 admission of a co-defendant's written statement in return for the admission of
 public records evidencing the co-defendant's conviction and sentence for a
 lesser offense, and (2) admitting the written statement because the statement
 constituted impermissible hearsay.  We affirm pursuant to Rule 220(b)(1),
 SCACR, and the following authorities:
As to issue (1):  State
 v. Dicapua, 383 S.C. 394, 399, 680 S.E.2d 292, 294 (2009) (finding in the
 absence of force, a party's concession to the admission of evidence waives any
 direct challenge to the admissibility of that evidence); State v. Pichardo,
 367 S.C. 84, 94, 623 S.E.2d 840, 846 (Ct. App. 2005) (stating parties are bound
 by their trial stipulations). 
As to issue (2): Dicapua,
 383 S.C. at 399, 680 S.E.2d at 294 (indicating concession to the admission of
 evidence waives any direct challenge to the admissibility of that evidence); State
 v. Rice, 348 S.C. 417, 420, 559 S.E.2d 360, 362 (Ct. App. 2001) (noting
 issues not raised to the trial court are not preserved for appellate review).  
AFFIRMED.[1]
FEW, C.J.,
 THOMAS, and KONDUROS, JJ., concur.

[1]   We decide this case without oral argument pursuant
 to Rule 215, SCACR.